**Daniel H. DEUTSCH, Evelyn M. Deutsch, Alfred Deutsch, Bernice Deutsch, William Drell, Ethel Drell, Appellants,**

v.

**COMMISSIONER OF INTERNAL REVENUE, Appellee.**

**Nos. 22444–22444–B.**

United States Court of Appeals Ninth Circuit.

Jan. 31, 1969.

Dermot R. Long (argued), Hollywood, Cal., for appellant.

J. Jacobs (argued), Atty., Dept. of Justice, Mitchell Rogovin, Asst. Atty. Gen., Lester R. Uretz, Chief Counsel, IRS, Lee A. Jackson, Gilbert E. Andrews, Jr., Donald A. Statland, Attys., Dept. of Justice, Washington, D. C., for appellees.

Before BARNES, DUNIWAY and ELY, Circuit Judges.

PER CURIAM:

The three consolidated cases, as numbered above, are each severally affirmed by us on the opinion of the Tax Court of the United States, filed June 28, 1967, 38 T.C. 118, insofar as it relates to the issues raised on these petitions for review, for the reasons and law therein expressed and cited.

**UNITED STATES of America, Appellee,**

v.

**Steve Logan LANCE, Appellant.**

**No. 12507.**

United States Court of Appeals Fourth Circuit.

Argued Feb. 4, 1969.

Decided Feb. 7, 1969.

Cecil C. Jackson, J., Asheville, N. C. (Court-appointed counsel) on brief for appellant.

William Medford, U. S. Atty., on brief for appellee.

Before HAYNSWORTH, Chief Judge, and BRYAN and CRAVEN, Circuit Judges.

PER CURIAM:

Having carefully considered the questions raised on appeal we are of the opinion that they are wholly without merit.

Affirmed.